# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**REGINA PARKS,** *an individual,*

        Plaintiff,

vs.

**WAYNE COUNTY,** *a political subdivision of the State of Michigan,* **RAPHAEL "RAY" WASHINGTON,** *in his individual and official capacities, Jointly and severally*

        Defendants.

Case No: 25-cv-10409
Hon. Judge Shalina D. Kumar

---

| **DEBORAH GORDON LAW** | **DICKINSON WRIGHT PLLC** |
|---|---|
| Deborah L. Gordon (P27058) | Aaron V. Burrell (P73708) |
| Elizabeth Marzotto Taylor (P82061) | Angelina R. Delmastro (P81712) |
| Sarah Gordon Thomas (P83935) | Davina A. Bridges (P85597) |
| Morry Daniel Hutton (P81188) | 500 Woodward Avenue, Suite 4000 |
| 33 Bloomfield Hills Parkway, Suite 220 | Detroit, MI 48226 |
| Bloomfield Hills, Michigan 48304 | (313) 223-3500 |
| (248) 258-2500 | (844) 670-6009 (fax) |
| dgordon@deborahgordonlaw.com | aburrell@dickinsonwright.com |
| emarzottotaylor@deborahgordonlaw.com | adelmastro@dickinsonwright.com |
| sthomas@deborahgordonlaw.com | dbridges@dickinsonwright.com |
| mhutton@deborahgordonlaw.com | **Attorneys for Defendant Wayne County** |
| **Attorneys for Plaintiff** | |
| | **CLARK HILL PLC** |
| | Maria F. Dwyer (P60946) |
| | Brian D. Shekell (P75327) |
| | Nina M. Jankowski (P80558) |
| | 500 Woodward Avenue, Ste. 3500 |
| | Detroit, MI 48826 (313) 309-9474 |
| | mdwyer@clarkhill.com |
| | bshekell@clarkhill.com |
| | njankowski@clarkhill.com |
| | **Attorneys for Defendant Raphael Washington** |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSITION OF RAPHAEL "RAY" WASHINGTON

On August 7, 2025, Plaintiff Regina Parks filed her Motion to Compel the Deposition of Raphael "Ray" Washington. ECF 20. Please take notice that Plaintiff hereby respectfully withdraws her Motion (ECF 20).

Respectfully submitted,

Dated: August 15, 2025

**DEBORAH GORDON LAW**
**/s/Deborah L. Gordon**
Deborah L. Gordon (P27058)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**

/s/ Deborah L. Gordon
Deborah L. Gordon (P27058)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com