UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**REGINA PARKS,**
 *an individual,*

        Plaintiff,

vs.

Case No: 2:25-cv-10409
Hon. Judge Shalina D. Kumar

**WAYNE COUNTY,** *a political subdivision of the State of Michigan,* **RAPHAEL "RAY" WASHINGTON,** *in his individual and official capacities, Jointly and severally*
        Defendants.

| **DEBORAH GORDON LAW** | DICKINSON WRIGHT PLLC |
|---|---|
| Deborah L. Gordon (P27058) | Aaron V. Burrell (P73708) |
| Elizabeth Marzotto Taylor (P82061) | Angelina R. Delmastro (P81712) |
| Sarah Gordon Thomas (P83935) | Davina A. Bridges (P85597) |
| Morry Daniel Hutton (P81188) | 500 Woodward Avenue, Ste. 4000 |
| 33 Bloomfield Hills Parkway, Suite 220 | Detroit, MI 48226 |
| Bloomfield Hills, Michigan 48304 | (313) 223-3500 |
| (248) 258-2500 | (844) 670-6009 (fax) |
| dgordon@deborahgordonlaw.com | aburrell@dickinsonwright.com |
| emarzottotaylor@deborahgordonlaw.com | adelmastro@dickinsonwright.com |
| sthomas@deborahgordonlaw.com | dbridges@dickinsonwright.com |
| mhutton@deborahgordonlaw.com | ***Attorneys for Defendant Wayne County*** |
| ***Attorneys for Plaintiff*** | |
| | **CLARK HILL PLC** |
| | Maria F. Dwyer (P60946) |
| | Brian D. Shekell (P75327) |
| | 500 Woodward Avenue, Ste. 3500 |
| | Detroit, MI 48826 (313) 309-9474 |
| | mdwyer@clarkhill.com |
| | bshekell@clarkhill.com |
| | ***Attorneys for Defendant Raphael Washington*** |

## DEFENDANTS' WITNESS LIST

Defendants Wayne County ("the County") and Raphael Washington, by and through their attorneys, hereby submits the following Witness List:

1. Plaintiff Regina Parks
   *Will be contacted through her counsel*

2. Defendant Ray Washington
   Sheriff of Wayne County
   *Should be contacted through his counsel*

3. Michael Turner
   Former Chief of Staff of the Wayne County Sheriff's Office
   *Should be contacted through undersigned counsel*

4. Rashaun Whitehead
   Sheriff Washington's Executive Assistant
   *Should be contacted through undersigned counsel*

5. Rashidah Gamble
   *Should be contacted through undersigned counsel.*

6. Venita Terry
   *Should be contacted through undersigned counsel.*

7. Danielle Stephens
   *Should be contacted through undersigned counsel.*

8. Erica Hill
   *Should be contacted through undersigned counsel.*

9. Mara McDonald
   *Should be contacted through undersigned counsel.*

10. Mike Jaafar
    *Should be contacted through undersigned counsel.*

11. Lakeisha Solomon
    *Should be contacted through undersigned counsel.*

12. Olivia Townsend
    *Should be contacted through undersigned counsel.*

13. Any and all necessary rebuttal and impeachment witnesses.

14. Witnesses identified in discovery responses and depositions and throughout discovery.

15. Defendants reserve the right to identify an expert witness to rebut expert opinions offered by Plaintiff, if any.

16. All necessary records custodians.

Defendants reserve the right to amend this Witness List to the extent additional witnesses are identified or become necessary and as permitted by the Court.

                                                Respectfully submitted,

                                           */s/ Aaron V. Burrell*
                                           Aaron V. Burrell (P73708)
                                           Angelina R. Delmastro (P81712)
                                           Davina A. Bridges (P85597)
                                           DICKINSON WRIGHT PLLC
                                           500 Woodward Ave., Suite 4000
                                           Detroit, MI  48226
                                           (313) 223-3126
                                           aburrell@dickinsonwright.com
                                           adelmastro@dickinsonwright.com
                                           dbridges@dickinsonwright.com
                                           *Attorneys for Wayne County*

                                           */s/ Maria F. Dwyer (w/ consent)*
                                           Maria F. Dwyer (P60946)
                                           Brian D. Shekell (P75327)
                                           CLARK HILL PLC
                                           500 Woodward Ave., Ste. 3500
                                           Detroit, MI 48226

-4-

                                                   (313) 309-9474  
                                                   mdwyer@clarkhill.com  
                                                   bshekell@clarkhill.com

Dated:  September 8, 2025

## CERTIFICATE OF SERVICE

I certify that on September 8, 2025, I electronically filed the foregoing *Defendants' Witness List* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

                                         */s/ Ann C. Helms*

Legal Secretary
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
ahelms@dickinsonwright.com

4937-9924-1831 v1 [9731-77]