UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**REGINA PARKS,**
   *an individual,*

                            Plaintiff,

v.                                              Case No: 25-cv-10409
                                                Hon. Shalina D. Kumar

**WAYNE COUNTY,** *a political subdivision of the State of Michigan,*
**RAPHAEL "RAY" WASHINGTON,**
*in his individual and official capacities,*
*Jointly and severally*

                            Defendants.

---

## INDEX OF EXHIBITS

1. Plaintiff's Deposition Transcript
2. Sherriff's Deposition Transcript
3. R. Whitehead's Deposition Transcript
4. M. Turner's Deposition Transcript
5. Appointment Letter
6. Wage Increase
7. Re-Appointment Letter
8. Handbook
9. Declaration of M. Turner
10. AT&T Exhibit