# Exhibit 7

**RAPHAEL WASHINGTON**

*Wayne County Sheriff*



**OFFICE OF THE SHERIFF**

5301 RUSSELL STREET  DETROIT, MI 48211
TEL: (313) 833-0864

To:  Director Venita Terry

From:  Rashidah L. Gamble

Date:  November 25, 2024

Re:  Incident Report – Regina Parks

On Wednesday, November 13, 2024, during the Community & Recruitment meeting in the X-Large Conference Room, a significant interpersonal conflict arose involving Regina Parks.

Meeting Details:

Prior to Sheriff Washington and Chief Turner's arrival, Parks demonstrated notable emotional distress, verbally expressing her intention to leave the meeting. Throughout the announcements regarding organizational changes, Parks made audible, disparaging comments.

Post-Meeting Interaction:

After the meeting's conclusion, Parks became visibly agitated upon learning she would be relocating her office to a cubicle. She vocalized her frustration using inappropriate language, emphasizing that her concerns were not primarily about her title or compensation, but about her workspace preferences.

Parks made provocative statements, including verbal threats toward the Sheriff, suggesting she possessed potentially damaging information about him. Despite attempts to de-escalate the situation, Parks remained highly agitated.

Executive Suite Incident:

While discussing the situation with Rashaun Whitehead and Danielle Stephens in the executive suite, Parks interrupted and confronted the group. She continued to use aggressive and inappropriate language, becoming increasingly loud and demonstrative. To be clear, Parks slapped her vaginal area while stating, "I do not need this sh*t! I have this!"

The incident concluded with Parks leaving the premises after dramatically expressing her dissatisfaction.

Rashidah Gamble

Digital Communications & Recruiting Coordinator

*"Safer communities through effective, professional law enforcement."*



**DEFENDANTS000020**     **CONFIDENTIAL**

**Wayne County Sheriff's Office**

# Memo

**To:** Ms. Venita Terry, Director of Administration

**From:** Ms. Erica Hill- Community Liaison- Detroit

**Date:** November 22, 2024

**Re:** Events Witnessed Regarding Former WCSO Community Outreach Director, Regina Parks

Director Terry,

This memo is in response to your email dated Thursday, November 21, regarding events witnessed during the transition of former Director of Community Outreach, Regina Parks from Community Outreach Director to a member of the Community Liaison Team.

Immediately following the meeting called by Sheriff Raphael Washington and Chief of Staff, Michael Turner, on Wednesday, November 13, 2024 at 12 noon, to introduce a new team member and reassign several team members, including me and Ms. Parks, into new roles on the Community Liaison Team and to introduce Mara McDonald as the new Communications and Community Outreach Director, I exited the meeting and entered into my former office to begin removing my items for my reassignment and relocation to my cubicle.

Upon bringing my items into my cubicle, I saw Ms. Parks removing items from her office. Her body language indicated that she was displeased. I saw Ms. Rashida Gamble go into her office and close the door. At that point, I returned to my former office to retrieve additional items. When I returned to the cubicle area, Ms. Parks was walking down the hall towards the elevator with a vase and some other items. That was the last time that I saw Ms. Parks. I never heard her say anything.

Please let me know if you require any additional information from me.

Erica Hill- Community Liaison- Detroit



**RAPHAEL WASHINGTON**
*Wayne County Sheriff*

OFFICE OF THE SHERIFF
5301 Russell St. – Detroit, MI 48211
Tel: (313)224-7491
rwashing@waynecountymi.gov
www.sheriffconnect.com

**TO:** Director Venita Terry

**FROM:** Rashaun Whitehead

**DATE:** November 21, 2024

**RE:** Regina Parks

---

On Wednesday, November 13, 2024, a Community and Recruitment Meeting was held to speak to the plans to change and make a Community Liaison Team report to Director Mara MacDonald. After completing the Community Liaison Meeting, Danielle Stephens, Executive Assistant to Undersheriff Jaafar, and Rashidah Gamble, Recruitment Coordinator, were conversing at my desk. Director Regina Parks entered the Sheriff's Office Suite to speak to Chief Michael Turner; however, Chief Turner was in a meeting at the time. She appeared visibly upset, and I asked if she was okay. She said "Don't be having Rashidah in here telling you what I said. I don't give a fuck. I am fine." I don't care about this place. I am mad at losing the lottery because my friend's birthday came out." I told her I did not believe her as she was pacing back in forth, speaking in an angry tone, yelling, "This is bullshit." She again said she was fine and did not care. I told her to "Sit down and cool off." She sat in the chair for a few seconds and began pacing the suite again, mumbling under her breath that she did not care. I turned back to my computer as I was completing some tasks, and she stayed for another 15 minutes, speaking to Danielle and Rashidah about how she did not care about this place and the changes that just happened. She just wants her office. Danielle and Rashidah witnessed her pat her vagina area and mumbling something and soon after. She then left out of the Sheriff's Suite. I did not see Regina Parks after that moment. I arrived home at 9:00 p.m. and noticed I had missed Regina Parks call. I called her back and asked if she was better, as she sounded calm. She said she was fine and began yelling, "I don't want to stay where I am not wanted. My hustle makes me 4 times that salary. I don't need the job. Ray can't fire me anyway. I hold all the cards. I got him by the balls. I have him recorded hitting on me." At that point, I hung up and called Sheriff Washington. I asked if Regina had a recording of him hitting on her, and he said, "No." I asked if he ever hit on her, and he said, "No." I then informed the Sheriff of what Regina Parks stated. The Sheriff said it was not true, and we ended the conversation.

*"Safer communities through effective, professional law enforcement."*

**DEFENDANTS000022**                                    CONFIDENTIAL

**RAPHAEL WASHINGTON**
*Wayne County Sheriff*



**OFFICE OF THE SHERIFF**
5301 RUSSELL STREET  DETROIT, MI 48211
TEL: (313) 833-0864

To: Venita Terry

From: Danielle Stephens

Date: November 25, 2024

Re: Regina Parks

On September 13, 2024, Rashaun, Rashida, & I was standing at Rashaun's desk. Regina came into the office, and you could tell that she was upset. She was talking about what happened at the meeting that she was previously in. Regina stated something re: Rashida trying to speak to her something about calming down. Regina was loud saying that she wasn't upset. Rashaun told her to sit down and calm down. But she didn't. You could tell that Regina was very upset. She then walked towards Rashaun's desk and because it seemed that she would not calm down I walked over to her and gave her a hug. Regina kept saying that she was fine, and she was only upset because of a lottery that she missed. I really don't remember all of the conversation but as Regina was walking towards the kitchen of the office, she said something and patted herself in her genital area.

*[signature: Danielle Stephens]*

*"Safer communities through effective, professional law enforcement."*





**DEFENDANTS000023**                           **CONFIDENTIAL**