# Exhibit 8



Raphael Washington
*Wayne County Sheriff*

November 14, 2024

Ms. Regina C. Parks
Redacted-PII

Re: **Expiration of Appointment**

Dear Ms. Parks:

This letter is to inform you that your Appointment as Director of Community Outreach with the Wayne County Sheriff's Office will expire **Friday, November 15, 2024,** at 4:30 p.m.

Please make arrangement to return your property such as keys, ID badge, laptop, etc. to Police Property by the end of the day.

Very truly yours,

SHERIFF RAPHAEL WASHINGTON

Venita A. Terry
Director of Administration

VAT/lew

cc: Personnel File