**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**REGINA PARKS,**
    *an individual,*

        Plaintiff,

vs.

    Case No: 25-cv-10409
    Hon. Judge Shalina D. Kumar

**WAYNE COUNTY,** *a political subdivision*
*of the State of Michigan,* **RAPHAEL "RAY"**
**WASHINGTON,** *in his individual and*
*official capacities, Jointly and severally*

        Defendants.

| | |
|---|---|
| **DEBORAH GORDON LAW** | **DICKINSON WRIGHT PLLC** |
| Deborah L. Gordon (P27058) | Aaron V. Burrell (P73708) |
| Elizabeth Marzotto Taylor (P82061) | Angelina R. Delmastro (P81712) |
| Sarah Gordon Thomas (P83935) | Davina A. Bridges (P85597) |
| Morry Daniel Hutton (P81188) | 500 Woodward Avenue, Suite 4000 |
| 33 Bloomfield Hills Parkway, Suite 220 | Detroit, MI 48226 |
| Bloomfield Hills, Michigan 48304 | (313) 223-3500 |
| (248) 258-2500 | (844) 670-6009 (fax) |
| dgordon@deborahgordonlaw.com | aburrell@dickinsonwright.com |
| emarzottotaylor@deborahgordonlaw.com | adelmastro@dickinsonwright.com |
| sthomas@deborahgordonlaw.com | dbridges@dickinsonwright.com |
| mhutton@deborahgordonlaw.com | **Attorneys for Defendant Wayne** |
| **Attorneys for Plaintiff** | **County** |
| | |
| | **CLARK HILL PLC** |
| | Maria F. Dwyer (P60946) |
| | Brian D. Shekell (P75327) |
| | Nina M. Jankowski (P80558) |
| | 500 Woodward Avenue, Ste. 3500 |
| | Detroit, MI 48826 (313) 309-9474 |
| | mdwyer@clarkhill.com |
| | bshekell@clarkhill.com |
| | njankowski@clarkhill.com |
| | **Attorneys for Defendant Raphael** |
| | **Washington** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT USING MEDIA FILE UPLOAD

Plaintiff Regina Parks, through her attorneys, Deborah Gordon Law, pursuant to the Electronic Policies and Procedures of the Eastern District of Michigan, seeks leave of this Court to file an exhibit using the "Media File Upload" portal in CM/ECF and in support, states as follows:

1.      Concurrence in the relief sought in this Motion was sought from counsel for Defendants on February 20, 2026, pursuant to L.R. 7.1(a). Defendants withheld concurrence.

2.      The audio exhibit ("Exhibit"), which is the subject of this request, is an excerpt of an audio recording of a conversation, described as follows:

> **a.      Exhibit 13**: Excerpt of June 2022 audio tape recording between Plaintiff Erika Erickson and Defendants' former Chief of Staff Michael Turner;

3.      The Exhibit provides support for Plaintiff's arguments that Defendants had notice of Defendant Washington's improper conduct and notice of prior complaints of sexual harassment made against him.

4.      This Exhibit may be used in court proceedings in the future if necessary.

5.      The content of the Exhibit complies with the privacy protections outlines in the E-Government Act of 2002 and all other applicable law.

For the foregoing reasons, Plaintiff requests that this Court issue an order granting her Motion and enter an order allowing Plaintiff to attach the Exhibit in support of her Response to Defendants' Motions for Summary Judgment via "Media File Upload."

Dated: February 20, 2026            **DEBORAH GORDON LAW**
                                    /s/Deborah L. Gordon
                                    Deborah L. Gordon (P27058)
                                    Attorneys for Plaintiffs
                                    33 Bloomfield Hills Parkway, Suite 220
                                    Bloomfield Hills Michigan 48304
                                    (248) 258-2500
                                    dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing and service of said documents to all parties through their counsel of record.

Dated: February 20, 2026            **DEBORAH GORDON LAW**
                                    /s/Deborah L. Gordon
                                    Deborah L. Gordon (P27058)
                                    Attorneys for Plaintiffs
                                    33 Bloomfield Hills Parkway, Suite 220
                                    Bloomfield Hills Michigan 48304
                                    (248) 258-2500
                                    dgordon@deborahgordonlaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**REGINA PARKS,**
*an individual,*

      Plaintiff,

vs.

      Case No: 25-cv-10409
      Hon. Judge Shalina D. Kumar

**WAYNE COUNTY,** *a political subdivision of the State of Michigan,* **RAPHAEL "RAY" WASHINGTON,** *in his individual and official capacities, Jointly and severally*

      Defendants.

---

| | |
|---|---|
| **DEBORAH GORDON LAW** | **DICKINSON WRIGHT PLLC** |
| Deborah L. Gordon (P27058) | Aaron V. Burrell (P73708) |
| Elizabeth Marzotto Taylor (P82061) | Angelina R. Delmastro (P81712) |
| Sarah Gordon Thomas (P83935) | Davina A. Bridges (P85597) |
| Morry Daniel Hutton (P81188) | 500 Woodward Avenue, Suite 4000 |
| 33 Bloomfield Hills Parkway, Suite 220 | Detroit, MI 48226 |
| Bloomfield Hills, Michigan 48304 | (313) 223-3500 |
| (248) 258-2500 | (844) 670-6009 (fax) |
| dgordon@deborahgordonlaw.com | aburrell@dickinsonwright.com |
| emarzottotaylor@deborahgordonlaw.com | adelmastro@dickinsonwright.com |
| sthomas@deborahgordonlaw.com | dbridges@dickinsonwright.com |
| mhutton@deborahgordonlaw.com | **Attorneys for Defendant Wayne** |
| **Attorneys for Plaintiff** | **County** |
| | |
| | **CLARK HILL PLC** |
| | Maria F. Dwyer (P60946) |
| | Brian D. Shekell (P75327) |
| | Nina M. Jankowski (P80558) |
| | 500 Woodward Avenue, Ste. 3500 |
| | Detroit, MI 48826 (313) 309-9474 |
| | mdwyer@clarkhill.com |
| | bshekell@clarkhill.com |
| | njankowski@clarkhill.com |
| | **Attorneys for Defendant Raphael** |
| | **Washington** |

## PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR LEAVE TO FILE EXHIBIT USING MEDIA FILE UPLOAD

In support of her Motion for Leave to File Exhibits using Media File Upload, Plaintiff relies on the facts, Court Rules, and other authority set forth in her Motion, as well as the record of this case.

Dated: February 20, 2026

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon
Deborah L. Gordon (P27058)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing and service of said documents to all parties through their counsel of record.

Dated: February 20, 2026

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon
Deborah L. Gordon (P27058)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

2