# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**REGINA PARKS,**
*an individual,*

        Plaintiff,

vs.

**WAYNE COUNTY,** *a political subdivision of the State of Michigan,* **RAPHAEL "RAY" WASHINGTON,** *in his individual and official capacities, Jointly and severally*

        Defendants.

Case No: 25-cv-10409
Hon. Judge Shalina D. Kumar

| | |
|---|---|
| **DEBORAH GORDON LAW** | **DICKINSON WRIGHT PLLC** |
| Deborah L. Gordon (P27058) | Aaron V. Burrell (P73708) |
| Elizabeth Marzotto Taylor (P82061) | Angelina R. Delmastro (P81712) |
| Sarah Gordon Thomas (P83935) | Davina A. Bridges (P85597) |
| Morry Daniel Hutton (P81188) | 500 Woodward Avenue, Suite 4000 |
| 33 Bloomfield Hills Parkway, Suite 220 | Detroit, MI 48226 |
| Bloomfield Hills, Michigan 48304 | (313) 223-3500 |
| (248) 258-2500 | (844) 670-6009 (fax) |
| dgordon@deborahgordonlaw.com | aburrell@dickinsonwright.com |
| emarzottotaylor@deborahgordonlaw.com | adelmastro@dickinsonwright.com |
| sthomas@deborahgordonlaw.com | dbridges@dickinsonwright.com |
| mhutton@deborahgordonlaw.com | **Attorneys for Defendant Wayne County** |
| **Attorneys for Plaintiff** | |
| | **CLARK HILL PLC** |
| | Maria F. Dwyer (P60946) |
| | Brian D. Shekell (P75327) |
| | Nina M. Jankowski (P80558) |
| | 500 Woodward Avenue, Ste. 3500 |
| | Detroit, MI 48826 (313) 309-9474 |
| | mdwyer@clarkhill.com |
| | bshekell@clarkhill.com |
| | njankowski@clarkhill.com |
| | **Attorneys for Defendant Raphael Washington** |

## PLAINTIFF'S EXHIBIT LIST

| | |
|---|---|
| **Ex. 1** | Parks Resume [DEF 48-51] |
| **Ex. 2** | Requisition for Personnel [DEF 73] |
| **Ex. 3** | Parks Deposition Transcript |
| **Ex. 4** | Appointment Letter [DEF 118] |
| **Ex. 5** | Expiration of Appointment [DEF 25] |
| **Ex. 6** | Washington Deposition Transcript |
| **Ex. 7** | Ross Jones, *Wayne County Sheriff Raphael Washington ducks questions over harassment claims* (WXYZ Detroit, June 8, 2022). https://www.wxyz.com/news/local-news/investigations/wayne-county-sheriff-raphael-washington-ducks-questions-over-harassment-claims |
| **Ex. 8** | Polderdyke Complaint |
| **Ex. 9** | Polderdyke Settlement Agreement |
| **Ex. 10** | Washington Texts [PARKS 964] |
| **Ex. 11** | Sworn Declaration of Regina Parks |
| **Ex. 12** | Turner Deposition Transcript |
| **Ex. 13** | Erickson Recording |
| **Ex. 14** | Erickson Deposition Excerpts |
| **Ex. 15** | Erickson Complaint to Turner and Jaafar |
| **Ex. 16** | Whitehead Deposition Transcript |
| **Ex. 17** | Whitehead Statement [DEF 22] |
| **Ex. 18** | Nov. 25, 2024 Gamble Statement [DEF 20] |
| **Ex. 19** | Nov. 22, 2024 Hill Statement [DEF 21] |
| **Ex. 20** | Nov. 25, 2024 Stephens Statement [DEF 23] |
| **Ex. 21** | User Separation Report |
| **Ex. 22** | Code of Conduct Policy |
| **Ex. 23** | Employee Handbook [DEF 198-241] |
| **Ex. 24** | Harassment Policy [DEF 188-190] |
| **Ex. 25** | Unpublished Cases |