# EXHIBIT 10



Feb 21, 2023 at 10:03 PM

Can you call back later?

K

Feb 21, 2023 at 11:31 PM

You sleep?

Feb 22, 2023 at 11:37 AM

I let everyone go home at noon.

Mar 4, 2023 at 1:38 PM

PARKS 00964