# EXHIBIT 13

**Excerpted Transcript of Audio Recorded Conversation between Witness Erika Erickson and Chief of Staff Michael Turner**

Talk with Chief Turner - Edited

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
CASE NO.: 25-cv-10409


REGINA PARKS,
an individual,

      Plaintiff,

vs.

WAYNE COUNTY, a political subdivision of the State of Michigan,
RAPHAEL "RAY" WASHINGTON, in his individual and official
capacities, Jointly and severally,

      Defendants.
_____


AUDIO RECORDING


Transcribed By:  Mary Beth Jobe

Page 2

INDEX TO EXAMINATION

PAGE

RECORDING                    3

CERTIFICATE OF TRANSCRIPTIONIST          13

---

Page 3

MR. TURNER: -- talk to you.

MS. ERICKSON: What a (indiscernible).

MR. TURNER: What's up, buddy?

MS. ERICKSON: So --

MR. TURNER: Yo.

MS. ERICKSON: This -- all the sexual harassment stuff with the -- the sheriff --

MR. TURNER: Yeah.

MS. ERICKSON: I feel like he's got to be a little bit more careful --

MR. TURNER: Huh?

MS. ERICKSON: -- with the stuff that he's saying.

MR. TURNER: You get no argument from me on that.

MS. ERICKSON: Like, specifically --

MR. TURNER: Give me an example, though. 'Cause you probably hear more of what he's saying than I do.

MS. ERICKSON: Well, he said -- specifically said things to me. So --

MR. TURNER: Yeah.

MS. ERICKSON: -- now I'm starting to feel a little weird about --

MR. TURNER: Seriously?

MS. ERICKSON: Yeah.

MR. TURNER: Oh, God. You're killing me. I'm too old for this shit.

---

Page 4

MS. ERICKSON: So I -- I -- I mean, I haven't said anything. I've said -- you know, I've blown things off, but it's to the point where I'm, you know, uncomfortable enough to come to you and say --

MR. TURNER: He's making you feel uncomfortable, Erika?

MS. ERICKSON: A little bit. You know, my name's Erika or director. It's not babe or baby. You know, he told me I looked fine. Like, his wife was 10 feet away from us at the golf outing.

MR. TURNER: Okay.

MS. ERICKSON: You know, and he's -- yes. That's why I don't wear heels to work and dresses and things like -- you know.

MR. TURNER: Okay. Okay.

MS. ERICKSON: So --

MR. TURNER: I will tactfully talk to him.

MS. ERICKSON: And it's -- it's not just -- he made -- I was telling a story with Mark (phonetic). There was -- it was really funny, honestly. And I felt bad for the lady -- where -- we were at the policy conference, and her shirt moved.

MR. TURNER: Huh?

MS. ERICKSON: Her shirt moved. Like, she was wearing a v-neck blouse.

MR. TURNER: Who?

---

Page 5

MS. ERICKSON: This woman. I don't even know who it was, and it moved over. So her --

MR. TURNER: (Indiscernible)?

MS. ERICKSON: -- chest was out. I felt bad. He's like -- Mark's like, I'm not going to tell her. I was like, shoot, I was going to try and catch her and let her know, but she started talking to somebody. And I mean, she was out -- you know. And the sheriff's reaction was, like, Oh, wait, I got to see, I got to see. I wanted to be like, you are in the middle of a campaign.

MR. TURNER: Right.

MS. ERICKSON: And you are being accused of this stuff. You can't react like that. But I don't think he takes me seriously.

MR. TURNER: He can't help himself. And I shouldn't say that. That didn't jump out.

MS. ERICKSON: I think he's got a different --

MR. TURNER: He --

MS. ERICKSON: -- mindset.

MR. TURNER: -- and -- and that -- and I keep -- I keep telling him I don't -- still, those words are not acceptable anymore in the workplace.

MS. ERICKSON: That's what it is.

MR. TURNER: And -- and he's got to understand that these aren't -- you can't talk to -- not even -- you got to be

---

Page 6

careful who you call baby and sweetie. You know, you – you can't call strangers that, and you can't use those adjectives in the workplace. And you can call your friend that, but yeah.

MS. ERICKSON: I think it's just – it's starting to get to be more of a – you know, it was a few times here and there, and now it's just – it's more of a thing now. So I just want to make sure, like, he shuts his mouth –

MR. TURNER: I'm sorry?

MS. ERICKSON: – when we're in public –

MR. TURNER: Yeah.

MS. ERICKSON: – at least.

MR. TURNER: No. I – I – I will – I got you loud and clear. I'm going to tactfully have a conversation with him as to not to put him on edge, because he already on edge.

MS. ERICKSON: Well, that's the other thing, too. I know he's really stressed out.

MR. TURNER: Yeah. You know, and – but –

MS. ERICKSON: Especially – yeah.

MR. TURNER: And you know, I – I would have done it differently, but then again –

MS. ERICKSON: I mean, I can say something to him. That's –

MR. TURNER: I – no, no. No, no. I mean, I'm – I – see – yeah. I – I – I told her, and I still felt that way. I'm like, look man – and I'm probably the only one that's

Page 7

feeling this way, but you know, I just give my opinion. I know he don't always have to follow it, nor do I expect you to, but I'm still going tell you how I feel, respectfully. And I said, man, sit down and do the one-on-one with Ross (phonetic), 'cause he's going to t – tell your version.

MS. ERICKSON: Right.

MR. TURNER: And – and he'll put it out there. Tell your version. You keep saying it's lies. Tell your version. He's adamant about not wanting to, and –

MS. ERICKSON: Is it because he hates Ross, specifically?

MR. TURNER: I mean, I only think that's just a little bit. I – I think the real reason is because he don't want to an – answer the tough questions because it ain't going to come out right, and he don't know why. Yeah, you did caught peeping in the motherfucking window. Yeah, you did get a sexual harassment charge, and it cost the county 85,000. That's true. Everything they've said is true. The only thing they lied about is calling him a rapist. Now, that bullshit – he's not that.

MS. ERICKSON: What did they call him?

MR. TURNER: Huh?

MS. ERICKSON: What did they call him?

MR. TURNER: Somebody called him – it was put out in one of them things that he's a rapist.

MS. ERICKSON: What?

Page 8

MR. TURNER: Yeah. So –

MS. ERICKSON: I mean, good Lord.

MR. TURNER: And – and – and you know, I – I – I know the whole thing. There's enough –

MS. ERICKSON: Jeez.

MR. TURNER: – stuff to know Ray has long been a womanizer, and – and he makes me uncomfortable with relationships he had (indiscernible) here with two people in particular that – that accused him of some shit. They right back all up in this place, like (indiscernible) anyhow. Very uncomfortable with him and with Keysha (phonetic), very uncomfortable with him and Sergeant Po – Lacey Polderdyke. You know, but I just cringe, and – but – I don't know what –

MS. ERICKSON: So yeah, he just needs to just – especially when – you know, with – when we were – were around people, and – at Mackinaw and we're around people, he – like, we took a – a picture and, you know, we were in the carriage, and then just a bunch of people. He's like, oh, we look like we're together. We don't look like we're together.

MR. TURNER: That's – you don't want that look.

MS. ERICKSON: We don't look like we're together.

MR. TURNER: Man, don't act like it. Don't even say it. Man, because no, we don't need this. Okay. You want me to say something? You want to see if it'll pass, or how do you want to move forward?

Page 9

MS. ERICKSON: I mean, if maybe – if it can be, like, a – I don't know, because I've said – I've clapped back in – a couple of times, especially when we started talking about babies, and I'm too old to have babies. Don't get me started on that conversation.

MR. TURNER: What?

MS. ERICKSON: Yes.

MR. TURNER: (Indiscernible)? He told you that? Please don't tell me that.

MS. ERICKSON: It – it got into that. I think he thinks I am. It's fine. I – I mean, it's not fine.

MR. TURNER: That's – okay.

MS. ERICKSON: It's not fine, but I think he just lives in a different –

MR. TURNER: He does. He does.

MS. ERICKSON: – time.

MR. TURNER: And as I told you, when you came in, he's never been in this environment.

MS. ERICKSON: Clearly.

MR. TURNER: He's never been in this role, he's never been at this level. He the big boss now.

MS. ERICKSON: I think that's my worry, is that once he's –

MR. TURNER: You got to carry yourself a different way.

Talk with Chief Turner - Edited

Page 10

MS. ERICKSON: Yeah. He's got to –

MR. TURNER: You have to conduct yourself better. You have to understand that everything stops with you. So you got to be extremely careful how you – what you say to women in this agency because you don't want them feeling uncomfortable. Now, I could – I say stuff to Olivia (phonetic) that I wouldn't say to nobody else but Olivia.

MS. ERICKSON: But that's the thing. I feel like –

MR. TURNER: Now, Olivia and I go back 30 years.

MS. ERICKSON: That's the thing. I feel like I can joke around and like –

MR. TURNER: Yeah.

MS. ERICKSON: I am not the kind of – I mean, I have been sexually harassed in every single job I've ever been in. And most of the time, I'm just – blow it off.

MR. TURNER: Right.

MS. ERICKSON: But he is – you know, he's the head of this agency. He's trying to win an election. And I also just feel like this is just going to get worse if I don't say something now.

MR. TURNER: I agree. It will.

MS. ERICKSON: So that –

MR. TURNER: Because he will get more comfortable –

MS. ERICKSON: That's what I'm worried about.

MR. TURNER: – with the words and behavior, and

Page 11

that's what we don't want him to get.

MS. ERICKSON: Yeah.

MR. TURNER: And so – tell you what. He's going out of town. Spend the weekend chewing on it, and let me know if you want me to talk to him, or if you want to talk to him.

MS. ERICKSON: Okay.

MR. TURNER: Okay? Let's think about it.

MS. ERICKSON: I – I just – I think part of it was, I think he take – he – he would take you more seriously.

MR. TURNER: I'm sorry?

MS. ERICKSON: I feel like he would take you more seriously.

MR. TURNER: So let me – I'll do it. I'd be more than happy to do it. Think about it over the weekend –

MS. ERICKSON: Maybe if I sit down – okay.

MR. TURNER: – and I'll take care of it when he come back. Okay? I'm out of the office on Monday, but I'll be in on Tuesday.

MS. ERICKSON: Okay.

MR. TURNER: I got to go to Philly Sunday. I'll be back Tuesday morning, early.

MS. ERICKSON: What's in Philly?

MR. TURNER: Well, I'm actually going to Atlantic City for –

MS. ERICKSON: Oh.

Page 12

MR. TURNER: – another press conference for our convention with (indiscernible).

MS. ERICKSON: That's right.

MR. TURNER: So – but yeah. So it's just in and out. I didn't want to go.

MS. ERICKSON: Another in and out?

MR. TURNER: Yeah? Twisted my –

MS. ERICKSON: Or is it a (indiscernible) – jeez.

MR. TURNER: Any plans for the weekend?

MS. ERICKSON: I am going to chill, probably, honestly.

Page 13

CERTIFICATE OF TRANSCRIBER

I, Mary Beth Jobe, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding; and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

I FURTHER CERTIFY that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 20th day of February 2026

*Mary Elizabeth Jobe*

_____

Mary Beth Jobe

Talk with Chief Turner - Edited

**1**

10
  4:9

**3**

30
  10:9

**8**

85,000
  7:17

**A**

acceptable
  5:22
accused
  5:12 8:9
act
  8:22
adamant
  7:9
adjectives
  6:2
agency
  10:5,18
agree
  10:21
anymore
  5:22
argument
  3:13
Atlantic
  11:23

**B**

babe
  4:8
babies
  9:4

baby
  4:8 6:1
back
  8:10 9:2
  10:9 11:17,
  21
bad
  4:20 5:4
behavior
  10:25
big
  9:21
bit
  3:9 4:7 7:13
blouse
  4:24
blow
  10:15
blown
  4:2
boss
  9:21
buddy
  3:3
bullshit
  7:19
bunch
  8:18

**C**

call
  6:1,2,3
  7:20,22
called
  7:23
calling
  7:19
campaign
  5:10
care
  11:16
careful
  3:10 6:1
  10:4

carriage
  8:17
carry
  9:24
catch
  5:6
caught
  7:15
charge
  7:17
chest
  5:4
chewing
  11:4
chill
  12:10
City
  11:23
clapped
  9:2
clear
  6:13
comfortable
  10:23
conduct
  10:2
conference
  4:21 12:1
convention
  12:2
conversation
  6:13 9:5
cost
  7:17
county
  7:17
couple
  9:3
cringe
  8:13

**D**

differently
  6:20

director
  4:8
dresses
  4:13

**E**

early
  11:21
edge
  6:14
election
  10:18
environment
  9:18
ERICKSON
  3:2,4,6,9,
  12,14,17,20,
  23 4:1,7,12,
  16,18,23
  5:1,4,12,17,
  19,23 6:4,9,
  11,15,18,21
  7:6,10,20,
  22,25 8:2,5,
  14,21 9:1,7,
  10,13,16,19,
  22 10:1,8,
  10,13,17,22,
  24 11:2,6,8,
  11,15,19,22,
  25 12:3,6,8,
  10
Erika
  4:6,8
expect
  7:2
extremely
  10:4

**F**

feel
  3:9,20 4:5
  7:3 10:8,10,
  19 11:11

Talk with Chief Turner - Edited

feeling
7:1 10:5
feet
4:9
felt
4:20 5:4
6:24
fine
4:9 9:11,13
follow
7:2
forward
8:25
friend
6:3
funny
4:20

### G

give
3:15 7:1
God
3:24
golf
4:10
good
8:2

### H

happy
11:14
harassed
10:14
harassment
3:6 7:17
hates
7:10
he'll
7:7
head
10:17
hear
3:16

heels
4:13
honestly
4:20 12:11

### I

indiscernible
3:2 5:3 8:8,
10 9:8 12:2,
8

### J

jeez
8:5 12:8
job
10:14
joke
10:11
jump
5:16

### K

Keysha
8:11
killing
3:24
kind
10:13

### L

Lacey
8:12
lady
4:20
level
9:21
lied
7:18
lies
7:8
lives
9:14

long
8:6
looked
4:9
Lord
8:2
loud
6:12

### M

Mackinaw
8:16
made
4:18
make
6:7
makes
8:7
making
4:5
man
6:25 7:4
8:22,23
Mark
4:19
Mark's
5:5
middle
5:9
mindset
5:19
Monday
11:17
morning
11:21
motherfucking
7:16
mouth
6:7
move
8:25
moved
4:21,23 5:2

### N

name's
4:7

### O

office
11:17
Olivia
10:6,7,9
one-on-one
7:4
opinion
7:1
outing
4:10

### P

part
11:8
pass
8:24
peeping
7:15
people
8:8,16,18
Philly
11:20,22
phonetic
4:19 7:4
8:11 10:6
picture
8:17
place
8:10
plans
12:9
Po
8:12
point
4:3
Polderdyke
8:12

Talk with Chief Turner - Edited

policy
  4:21
press
  12:1
public
  6:9
put
  6:14 7:7,23

Q

questions
  7:14

R

rapist
  7:19,24
Ray
  8:6
react
  5:13
reaction
  5:8
real
  7:13
reason
  7:13
relationships
  8:8
respectfully
  7:3
role
  9:20
Ross
  7:4,10

S

Sergeant
  8:12
sexual
  3:6 7:16
sexually
  10:14

sheriff
  3:7
sheriff's
  5:8
shirt
  4:21,23
shit
  3:25 8:9
shoot
  5:6
shuts
  6:7
single
  10:14
sit
  7:4 11:15
specifically
  3:14,17 7:11
Spend
  11:4
started
  5:7 9:3,4
starting
  3:20 6:4
stops
  10:3
story
  4:19
strangers
  6:2
stressed
  6:16
stuff
  3:6,12 5:13
  8:6 10:6
Sunday
  11:20
sweetie
  6:1

T

tactfully
  4:17 6:13
takes
  5:13

talk
  3:1 4:17
  5:25 11:5
talking
  5:7 9:3
telling
  4:19 5:21
thing
  6:6,15 7:18
  8:4 10:8,10
things
  3:18 4:2,13
  7:24
thinks
  9:11
time
  9:16 10:15
times
  6:5 9:3
told
  4:8 6:24
  9:8,17
tough
  7:14
town
  11:4
true
  7:17,18
Tuesday
  11:18,21
TURNER
  3:1,3,5,8,
  11,13,15,19,
  22,24 4:5,
  11,15,17,22,
  25 5:3,11,
  15,18,20,24
  6:8,10,12,
  17,19,23
  7:7,12,21,23
  8:1,3,6,20,
  22 9:6,8,12,
  15,17,20,24
  10:2,9,12,
  16,21,23,25
  11:3,7,10,
  13,16,20,23

12:1,4,7,9
Twisted
  12:7

U

uncomfortable
  4:3,5 8:7,
  11,12 10:5
understand
  5:24 10:3

V

v-neck
  4:24
version
  7:5,8

W

wait
  5:8
wanted
  5:9
wanting
  7:9
wear
  4:13
wearing
  4:23
weekend
  11:4,14 12:9
weird
  3:21
wife
  4:9
win
  10:18
window
  7:16
woman
  5:1
womanizer
  8:7

women
  10:4
words
  5:21 10:25
work
  4:13
workplace
  5:22 6:3
worried
  10:24
worry
  9:22
worse
  10:19

### Y

years
  10:9
Yo
  3:5