# EXHIBIT 18



**RAPHAEL WASHINGTON**
*Wayne County Sheriff*

**OFFICE OF THE SHERIFF**
5301 RUSSELL STREET  DETROIT, MI 48211
TEL: (313) 833-0864

To: Director Venita Terry

From: Rashidah L. Gamble

Date: November 25, 2024

Re: Incident Report – Regina Parks

On Wednesday, November 13, 2024, during the Community & Recruitment meeting in the X-Large Conference Room, a significant interpersonal conflict arose involving Regina Parks.

Meeting Details:

Prior to Sheriff Washington and Chief Turner's arrival, Parks demonstrated notable emotional distress, verbally expressing her intention to leave the meeting. Throughout the announcements regarding organizational changes, Parks made audible, disparaging comments.

Post-Meeting Interaction:

After the meeting's conclusion, Parks became visibly agitated upon learning she would be relocating her office to a cubicle. She vocalized her frustration using inappropriate language, emphasizing that her concerns were not primarily about her title or compensation, but about her workspace preferences.

Parks made provocative statements, including verbal threats toward the Sheriff, suggesting she possessed potentially damaging information about him. Despite attempts to de-escalate the situation, Parks remained highly agitated.

Executive Suite Incident:

While discussing the situation with Rashaun Whitehead and Danielle Stephens in the executive suite, Parks interrupted and confronted the group. She continued to use aggressive and inappropriate language, becoming increasingly loud and demonstrative. To be clear, Parks slapped her vaginal area while stating, "I do not need this sh*t! I have this!"

The incident concluded with Parks leaving the premises after dramatically expressing her dissatisfaction.

Rashidah Gamble

Digital Communications & Recruiting Coordinator


*"Safer communities through effective, professional law enforcement."*



**DEFENDANTS000020**          CONFIDENTIAL