UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REGINA PARKS,<br>Plaintiff,<br><br>v.<br><br>WAYNE COUNTY, et al.,<br>Defendants. | Case No. 25-10409<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 32, 33)**

This matter is before the Court on defendants Wayne County's and Rafael Washington's motions for summary judgment. ECF Nos. 32, 33. The motions are fully briefed, ECF Nos. 38, 39, 40, 41, and the Court heard oral arguments on September 17, 2026. For the reasons stated more fully on the record, defendants' motions are **DENIED**.

**IT IS SO ORDERED**.

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: September 17, 2026